ACCEPTED
01-15-00322-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 3:17:48 PM
CHRISTOPHER PRINI
CLERK

01-15-00322-CV

No. _____

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 3:17:48 PM
CHRISTOPHER A. PRINE
Clerk

_____

IN RE ERNESTO CARRILLO AND
TEXAS LPG STORAGE COMPANY,
RELATORS

_____

From the 245th District Court of Harris County, Texas
The Honorable Roy Moore, presiding
Trial Court Cause No. 2014-30215
In the Matter of the Marriage of Evangelina Lopez Guzman Zaragoza and Miguel Zaragoza Fuentes and Co-Respondents, Elsa Esther Carrillo Anchondo, Robert Dale Caucom, Ernesto Carrillo, Raoul Gisler, Abbingdon Marine, Inc., Cadogan Properties, Inc., Dade Aviation, Inc., Ezar Management, LLC, Ezar Properties, LP, Texas LPG Storage Company, and Texas Overseas Gas Corp.

_____

**RELATORS ERNESTO CARRILLO'S AND TEXAS LPG STORAGE COMPANY'S NOTICE OF AND ASSIGNMENT OF RELATED CASE IN ORIGINAL PROCEEDINGS**

_____

Ricardo L. Ramos
State Bar No. 24027648
RICARDO L. RAMOS, PLLC
440 Louisiana, Suite 1450
Houston, Texas 77002
Telephone: (713) 227-7383
Facsimile: (713) 227-0104
rick@rr-familylaw.com

Lucy H. Forbes
State Bar No. 24007321
THE FORBES FIRM, PLLC
2114 Woodcrest Drive
Houston, Texas 77018
Telephone: (832) 620-3030
Facsimile:  (832) 532-3789
lucy@forbesfirm.com

ATTORNEYS FOR RELATORS, ERNESTO CARRILLO AND TEXAS LPG STORAGE CO.

ORAL ARGUMENT REQUESTED

**LOCAL RULE NOTICE OF ASSIGNMENT OF RELATED CASE IN ORIGINAL PROCEEDING**

April 9, 2015

## LOCAL RULE NOTICE OF ASSIGNMENT OF RELATED CASE IN ORIGINAL PROCEEDING

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First Court of Appeals:

Caption:                              In re Miguel Zaragoza Fuentes

Trial court case number:        2014-30215

Appellate court case number:    01-14-00624-CV

Respectfully submitted,

*Lucy Forbes*

_____

| | |
|---|---|
| Ricardo L. Ramos | Lucy H. Forbes |
| State Bar No. 24027648 | State Bar No. 24007321 |
| RICARDO L. RAMOS, PLLC | THE FORBES FIRM, PLLC |
| 440 Louisiana, Suite 1450 | 2114 Woodcrest Drive |
| Houston, Texas 77002 | Houston, Texas 77018 |
| Telephone: (713) 227-7383 | Telephone: (832) 620-3030 |
| Facsimile: (713) 227-0104 | Facsimile: (832) 532-3789 |
| rick@rr-familylaw.com | lucy@forbesfirm.com |

ATTORNEYS FOR RELATORS, ERNESTO CARRILLO AND TEXAS LPG STORAGE CO.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Relators Ernesto Carrillo's and Texas LPG Storage Company's Relators Ernesto Carrillo's and Texas LPG Storage Company's Notice of and Assignment of Related Case in Original Proceedings has been served electronically through the electronic filing manager; in the alternative, it has been served in person, by mail, by commercial delivery service, by fax, or by email, as permitted under TEX. R. APP. P. 9.5(b) (1) – (2) and the TEX. R. CIV. P. 21(a)(1) - (2) to the following persons on this the 9th day of April, 2015:

| | |
|---|---|
| Jeanne Caldwell McDowell<br>jcm@houstontrialattorneys.com<br>Rebekah H. Birdwell<br>rhb@houstontrialattorneys.com<br>The Law Offices of Jeanne Caldwell<br>McDowell<br>603 Avondale<br>Houston, Texas 77006<br>Fax:  (713) 655-1725 | Mary Olga Lovett<br>lovettm@gtlaw.com<br>Greenberg Traurig, L.L.P.<br>1000 Louisiana, Suite 1700<br>Houston, Texas 77002<br>Fax:  (713) 374-3505 |
| Lindsey Short<br>Adam J. Morris<br>Short Carter Morris, LLP<br>1177 West Loop South, Suite 700<br>Houston, TX 77027<br>Facsimile:  713-759-9650 | Kevin D. Jewell<br>Chamberlain, Hrdlicka, White,<br>Williams & Aughtry<br>1200 Smith Street, Suite 1400<br>Houston, Texas  77002<br>Facsimile: 713-658-2553 |
| The Honorable Roy L. Moore<br>Presiding Judge, 245th District Court<br>Harris County Civil Courthouse<br>201 Caroline, 15th Floor<br>Houston, Texas 77002 | |

_____
Lucy Forbes